**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name: 06a0525n.06**
**Filed: July 28, 2006**

**No. 05-1171**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| ANTHONIA WORTHY, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| WORLD WIDE FINANCIAL SERVICES, INC.; | ) | **M E M O R A N D U M** |
| REAL FINANCIAL, L.L.C.; HOMECOMINGS | ) | **O P I N I O N** |
| FINANCIAL NETWORK, INC.; SELECT | ) | |
| PORTFOLIO SERVICES, INC., f/k/a Fairbanks | ) | |
| Capital Corp.; MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SERVICES, INC., | ) | |
| | ) | |
| **Defendants-Appellees.** | ) | |

**BEFORE: MARTIN, NORRIS, and McKEAGUE, Circuit Judges.**

**PER CURIAM.** Plaintiff Anthonia Worthy appeals the district court's dismissal of his lawsuit filed pursuant to the Truth-in-Lending Act, 15 U.S.C. § 1601 et seq., and Michigan's Secondary Mortgage Loan Act, Mich. Comp. Laws § 493.51 et seq.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in dismissing plaintiff's claims.

Because the reasoning that supports the dismissal has been articulated by the district court, the issuance of a detailed written opinion by this court would be duplicative and serve no useful

purpose.  Accordingly, the judgment of the district court is affirmed upon the reasoning employed

by that court in its Opinion and Order filed on December 13, 2004.